UNITED STATES COURT OF
THE DISTRICT OF COLUMBIA

**FILED**

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

We the People of the united States of America
  1. Eddie L. Andrews, ex rel
     18349 Dentonville Rd
     Okmulgee, OK, 74447
     (918) 398 8369
  2. Rodney Class, ex rel
     432 N Lincoln St.
     High Shoals, N. C. 28077
     (704) 742 3123
  3. Charles D Spencer, Sui Juris
     18349 Dentonville Rd
     Okmulgee, OK 74447
     (918) 756-2244
          **RELATOR**

          Vs

CASE NUMBER   1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

4. WILLIAM F. DOWNES , individuals/Official Capacity
   2141 Joseph C. O' Mahoney Federal Bldg, 2120 Capitol Ave. Cheyenne, Wy 82001
5. TERENCE KERN,, individuals/Official Capacity
   233 West Fourth, Rm. 411, Tulsa, OK 74103
6. JOHN R. ADAMS , individuals/Official Capacity
   510 United States Court House, Two S. Main St, Akron, OH 44308-1813
7. GRAHAM C. MULLEN , individuals/Official Capacity
   230 Charles R. Jonas Blvd, Charlotte, NC 28202
8. LINDA K. SOPER,  individual/Official Capacity
   313 N. E. 21st St., Oklahoma City, OK 73105-3498
9. DEBORAH J. GROOM ,individual/Official Capacity
   PO Box 1524, Fort Smith, ARK 72902
10. JOHN L. CHASTAIN ,individual/Official Capacity
    Administrative Office of the United States Court, Wash. DC 20544
11. GRETCHEN C.F. SHAPPERT, individual/Official Capacity
    Rm. 233, U.S. Courthouse, 100 Otis St., Asheville, NC 28801-2011
12. TRACII JOANN ANDREWS, individual
    Rt. 1 Box 89A, Cheyenne, OK 73628
13. CINDY  SMITH. Individual
    233 West Fourth, Rm. 411, Tulsa, OK 74103
    John and Jane Doe , individuals      **Defendants**

**FRAUD UPON THE COURT FOR DUE PROCESS VIOLATIONS, VIOLATIONS OF 18
USC 3, 4, 371, 1001, 1341, 1961-1968 , 2382 VIOLATIONS CODE OF CONDUCT**

**JUDICIAL EMPLOYEES HAND BOOK, VIOLATIONS JUDGES BENCHGUIDE BOOK, VIOLATIONS 28 USC 454, 1331, VIOLATION OF THE CIVIL RIGHTS ACT 1964 (VII), VIOLATIONS OF THE FALSE CLAIMS ACT 31 USC 3729 (Qui Tam Action)**

---

## CLASS ACTION ALLEGATION PERSUANTS TO RULE LCvR 23.1

**Issue 1**. Violation of SUBSTANTIVE DUE PROCESS by Defendants and all parties that have committed fraud upon the courts by their actions and have violated DUE PROCESS considered matter not of record based on the un-sworn, undocumented theories and conclusions of counsel. "It is improper for the trial court to look beyond the complaint to decide a motion dismiss… unless it were treating the motion as one for summary judgment … even had the trial court treated the motion as one for summary judgment, it would have been incorrect to base the decision on allegations in briefs." See Federal Rule of Civil Procedure, rule 12(b)(6) taken as an admissions of guilt. If on a motion asserting the defense number (6) to dismiss for failure of the pleading to state a claim upon which relief can be granted, matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56. "Statements of counsel in brief or in argument are not sufficient on a motion to dismiss for summary judgment ."*Trinsey v. Pagilario,* DC Pa 1964, 229 Fed Supp. 647.

**Issue 2**

　　Terrence Kern misapplied the law regarding judicial immunity. The belief that judges can do "do any dam thing they want to" is both inimical to the cause of justice, destructive to the integrity of American Jurisprudence, and blatantly unlawful. The record undeniably shows that

the defendants WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND

GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L.

CHASTAIN, GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS  committed perjury

, subornation of perjury, and prepared and submitted a false statement to a court of record.  In a

world where there was  even a modicum of respect for the rule of law, the said defendants would

already be  doing time.  Instead WILLIAM F. DOWNES , TERENCE KERN , JOHN R.

ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L.

CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM,

JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS  effected a

cover up in contravention of the following authorities "No man in this country is so high that he

is above the law."  No officer of the law may set the law  at defiance with impurity.  All of the

officers of the government, from the highest to the lowest, are creatures of the law, and are bound

to obey it. It is the only supreme power in our system of government, and  every man, who, by

accepting office participates in its functions is only the more strongly bound to submit to that

supremacy, and to observe the limitations which it imposes upon the exercise of the authority

which it gives.  See *INTERNATIONAL POATAL SUPPLY COMPANY v. BRUCE (05/31/04)* 194

u.s. 601, 48 1. Ed 1134, 24 S. Ct. at page 609. But immunity from suit is a high attribute of

sovereignty -- a prerogative of the state itself-- which can not be availed of by public agents when

sued for their own torts.  The Eleventh Amendment was not intended to afford them freedom

from their liability in any case where, under color of their office, they have injured one of the

state's citizens.  To grant them such immunity would be to create a privileged class free from

liability from wrongs inflicted or injuries threatened.  Public agents must be liable to the law,

unless they are to be p8ut above the law.  See *OLD COLONY TRUST COMPANY v. CITY*

*SEATTLE ET AL (06/01/26)* 271 U.S. 426, 46 S. Ct. 552, 701 L. Ed. At page 431.  No officer of

the law may set that law at defiance with impurity. See *United States v. Lee.* 106 U.S. 196, 220

and *Burton v. United States,* 202 U.S. 344.  The objection is that, as the real party cannot be

brought before the court, a suit cannot be sustained against the agents of that party, and cases

have been cited to show that a court of chancery will not make a decree unless all those who are

substantially interested be made parties to the suit.  That is certainly true where it is the power of

the plaintiff to make them parties, but if the person who is the real principal, the person who is

the true source of the mischief, but whose power and for who's advantage it is done., be himself

above the law, be exempt from all judicial process, it would be subversive of the best established

principles to say that the law could not afford the same remedies against the agent employed in

doing the wrong which they would afford against him could his principal be joined in the suit.

See *IN REAYERS; IN PRESCOTT; IN REMCCABE* 123 U.S. 433, 31 L. Ed 216, 8 S. Ct at page

512.  The liability of the state judicial officials and all official participants in state judicial

proceedings under § 2 was explicitly and repeatedly affirmed.  The notion of immunity foe such

officials was thoroughly discredited.  The Senate Sponsor of the Act deemed the ides "akin to the

maxim of the English law that the King can do no wrong.  It places officials above the law.  It is

the very doctrine out of which the rebellion [the Civil War] was hatched." Cong Globe, 30[th]

Cong, 1st Sess., 1758 (1866)) (Sen. Trumbull).  Thus, § 2 was "aimed directly at the *state*

*judiciary"* Id, at 1155 (Rep. Eldridge.)  See also Id at (1778) (Sen. Johnson, member of the

Senate Judiciary Committee).  There was "no difference in the principle involved", between a

civil remedy and a criminal sanction. Ibid. See *BIRSOCE ET AL v. LAHUE ET AL,* 460 U.S.

325,  103 S. Ct. 1108, 75 L. Ed. 2d 96, 51 U.S. L. W. at page 359.  The court in *Yates v. Village*

*of Hoffman Estates, Illinois,* 209 F. Supp 757 (N.D. Ill 1962) Held that: "not every action by a judge is in the exercise of his official function... it is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse" When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge looses subject- matter jurisdiction and the judges' orders are void, of no legal force or effect. *The U.S. Supreme Court, in Scheuer v. Rhodes,* 416 U.S. 232, 94 S. Ct. 1683, 1687, (1974) stated that when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes in conflict with the superior authority of the Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. *A judge's private, prior agreement to decide in favor of one party is not a judicial act. Although a party conniving with a judge to predetermine the outcome of a judicial proceeding may deal with him in his "judicial capacity", the other party's expectation of judicial impartiality is actively frustrated by the scheme. It is the antithesis of the "principled and fearless decision-making" that judicial immunity exists to protect. Rankin v. Howard 633 F. 2d 844 ( 9th Cir. 1980) cert denied,* 451 U.S. 939, 101 S. Ct. 2020, (1981), *Pierson v. Ray,* 386 U.S. 547, 554, 87 S. Ct. 1213 (1987), and *Gregory v. Thompson,* 500 F.2d 59 (9th Cir. 1974).

Eddie L. Andrews ex rel, Charles D Spencer, Sui Juris, Rodney D. Class ex rel, and all others similarly situated, herein and throughout scire facias, ad hoc, petitions this court for damages for We the People of the united States of America against WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS under the authority of 18 USC 1964 (a) &( c ) for blatant violation

of 18 USC 3,4, 371 1001 1341,2382 & 1961-68/ RACKETEERING and False Claims Act

Pursuant to Oklahoma Qui Tam @ 62 O.S. 1991 **372 & 373, Ohio False Claim Act SB 39

ORC 109.45-49 Taxpayer Demand that the above named public official and public entities. No

party will be prejudiced by staying all legal action pending pursuant to Oklahoma Statute 60 O.S.

175.57 and Oklahoma Supreme Courts" equitable power" lye such relief for All taxpayer by loss

of Federal and State Revenues, in the interest of justice and judicial economy. The authority of

the CLAYTON ANTITRUST ACT of 1914 15 USC 15 (a) and the False Claim Act under the

Federal False Claim Act TITLE 31 > SUBTITLE III > CHAPTER 37 > SUBCHAPTER III > §

3729 Congress in enacting racketeering intended that persons such as Eddie L. Andrews ex rel,

Charles D Spencer, Sui Juris, and Rodney D. Class ex rel are *private attorney generals* and are

authorized by the following united States supreme Court decisions AGENCY HOLDING

CORP. vs. MALLEY- DUFF & ASSOCIATES, 107S Ct. 2759, 483 U.S. 143, 151 (1987),

ROTELLA vs WOOD et, al, 528 U.S. 549 (2000) and DASHER vs. HOUSING AUTHORITY

of CITY of ATLANTA Ga. D.C. 64 F.R.D. 720 ,722. These statutes and case site gives Eddie L.

Andrews, Charles D Spencer, Sui Juris, and Rodney D. Class the authority to act on behalf of the

GOVERNMENT as private party called RELATOR

### SUBJECT MATTER JURISDICTIONAL STATEMENT

FEDERAL QUESTION JURISDICTION: 28 U.S.C 1331:The federal district court has

subject matter jurisdiction to consider this claim under authority of 18 USC 1964 (a) & ( c) and

by virtue of sufficient pleadings clearly articulation violations of federal and state laws regarding

criminal offenses including offenses occurring at 18 USC 3,4, 371 1961 1341, 2382 28 USC

454,455. *The Erie Railroad Co vs. Tompkins 304 U.S. 64 (1938)* allow a citizen of a different

states to place this court under common law or in other words the Constitution. The following

three case cite define who and what is a  citizen _REID vs. COVERT, 354 U.S. 1 (1957), POWE_
_vs.  US 109 F.2d 147 (C.C.A.5(ALA) 1940), and BALDWIN vs. FRANKS 7S.Ct. 120 U.S. 678_
_(U.S. Cal. 1887)_

The following three case site remove such absolutely immunity _SARAH SCHEUER vs JAMES_
_RHODES 416U.S.232, 40 Led 2d 90, 94 S Ct 1683,_ UNIVERSITY OF ALABAMA AT BIR

MINGHAM, BOARD OF TRUSTEES, ET AL, PETITIONERS Vs PATRICIA

GARRETT, ETAL., and LOUISIANA STATE BOARD OF ELEMENTRAY AND

SECONDARY EDUCATION, ET AL. Vs  TRAVIS PACE, ET AL.. The following case define

due process The case site of _HAZEL-ATLAS GLASS CO. vs HARTFORD -EMPIRE CO._ require

for a judicial review of a case upon an Affidavit being filed  but to investigate perjury as fraud in

the court. The court has duty to ensure the Plaintiff protect rights but to ensure every citizens

their protect rights. The Federal District Courts of the united States of America violated due

process for failing to up hold the rule of law as well as their judiciary ethic . The USC 28 1746

section 1 rule 9(a) and the power of Article 1 section 8 clause 18 place the power of the as an

court of the people and not under the power of the District of Columbia and the Territory.

### Statement of in Personurn jurisdiction

The cohesive acts of  WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS

AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L.

CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM,

JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS,   (Federal

District Courts) were, in one way or another, committed in the Federal District Courts of the

united States of America . The denial of **DUE PROCESS VIOLATIONS, VIOLATIONS OF**

**18 USC 3, 4, 371, 1001, 1341, 1961-1968 , 2382 VIOLATIONS CODE OF CONDUCT**

**JUDICIAL EMPLOYEES HAND BOOK, VIOLATIONS JUDGES BENCHGUIDE**

**BOOK, VIOLATIONS 28 USC 454, 1331, VIOLATION OF THE CIVIL RIGHTS ACT**

**1964 (VII) VIOLATIONS OF THE FALSE CLAIMS ACT 31 USC 3729 (Qui Tam Action)**

all of which violate his constitutional oath as a federal judge and cause TERENCE KERN ,

WILLIAM F. DOWNES  , JOHN R. ADAMS, AND GRAHAM MULLEN, LINDA K. SOPER,

DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K.

SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT,   did

with intend set out to defraud  the citizens of the United States of America by denying them DUE

PROCESS and Equal Protection under the law as in the 5th, 14th amendment and 42 USC 1981

and placing the jurisdiction of the courts under 28 USC 1746 section 1 and Article1 section 8

clause 18 and holding the defendants under rule 9 (a) .

### STATEMENT OF VENUE

Venue is appropriate in the district court of the District of Columbia as the infractions to

federal criminal statutes occurred in the united States of America

### Theory of the case

1 By make judicial decision from the judges  private chamber and not from a lawful  courtroom.

**US Attorneys > USAM > Title 9 > Criminal Resource Manual**
**1760 Perjury Cases -- 28 U.S.C. § 1746 -- Unsworn Declarations under Penalty of Perjury**
 Wherever, under any law of the United States or under any rule, regulation, order, or
requirement made pursuant to law, any matter is required or permitted to be supported,
evidenced, established, or proved by the sworn declaration, verification, certificate,
statement, oath, or affidavit, in writing of the person making the same (other than a
deposition, or an oath of office, or an oath required to be taken before a specified official
other than a notary public), such matter may, with like force and effect, be supported,
evidenced, established, or proved by the unsworn declaration, certificate, verification, or
statement, in writing of such person which is subscribed by him, as true under penalty of
perjury, and dated, in substantially the following form:

If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".

2. Did allow Documents from the defendants and their selves to be filed without a court seal to

defraud the Petitioner to believe such documents was with the consents of the executive side/

Administration sides (Clerk of Court) thus violating the Separation of Powers Clause.

3. Dismissed the Qui Tam Action without the approver of the Attorney General of the united

States as the law states under below title and the Petitioner was deny a hearing to have it heard.

TITLE 31 > SUBTITLE III > CHAPTER 37 > SUBCHAPTER III > § 3730
§ 3730. Civil actions for false claims
(b) Actions by Private Persons.—
(1) A person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought in the name of the Government. The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.

(c) Rights of the Parties to Qui Tam Actions.—
(1) If the Government proceeds with the action, it shall have the primary responsibility for prosecuting the action, and shall not be bound by an act of the person bringing the action. Such person shall have the right to continue as a party to the action, subject to the limitations set forth in paragraph (2).
(2)
(A) The Government may dismiss the action notwithstanding the objections of the person initiating the action if the person has been notified by the Government of the filing of the motion and the court has provided the person with an opportunity for a hearing on the motion.
(B) The Government may settle the action with the defendant notwithstanding the objections of the person initiating the action if the court determines, after a hearing, that the proposed settlement is fair, adequate, and reasonable under all the circumstances. Upon a showing of good cause, such hearing may be held in camera.
(C) Upon a showing by the Government that unrestricted participation during the course of the

litigation by the person initiating the action would interfere with or unduly delay the

Government's prosecution of the case, or would be repetitious, irrelevant, or for purposes of

harassment, the court may, in its discretion, impose limitations on the person's participation,

such as—

(i) limiting the number of witnesses the person may call;
(ii) limiting the length of the testimony of such witnesses;
(iii) limiting the person's cross-examination of witnesses; or
(iv) otherwise limiting the participation by the person in the litigation.

4. In Loudermill, the Court stated, "The point is straight forward: the Due Process Clause

provides that certain substantive rights--life, liberty, and property--cannot be deprived except

pursuant to constitutionally adequate procedures. . . . The right to due process 'is conferred not by

legislative grace, but by constitutional guarantee. While the legislature may elect not to confer a

property interest . . . it may not constitutionally authorize the deprivation of such an interest, once

conferred, without appropriate procedural safeguards,' " Cleveland Bd. of Educ. v. Loudermill,

470 U.S. 532, 541 (1973), quoting

Arnett v. Kennedy, 416 U.S. 134 (1974). Each one of these  Federal District Courts Rushed their

Judicial Order through denying Remedy, Relief, Due Process, to the Petitioners.

5. Each of these  Federal District Courts perjudice the Petitioner by failing to enforce and invoke

8 (b) a PLEADING of Admit or Deny from the Defendants.

6.  Each of these Federal District Courts disregarded the Affidavits placed before the courts.

7. Each Federal District Courts did allow the Defendants to enter without and ENTER OF

APPEARANCE as required by Federal Regulations, Statutes, and the rule of procedure.

8. Each Federal District Courts failed to document the filing fees, the constitutional oath, and

proof of standing with a valid federal BAR card to that Federal District Courts by those who did

file an ENTER OF APPEARANCE denying the federal government of such fees and  denying

the Petitioner the knowledge and the right to know if the defendants held such standing to practice law in that court at the expense of the those whom pay their wages.

9. The Petitioner in each of these Federal District Courts did pay a file fee to have and Oral Hearing with a trial by jury to which each of these Federal District Court disregarded and yet each of these Federal District Courts Staff received such wages at the same time.

10. Each of these Federal District Courts did with intend deny the Equal Protection of 42 USC 1981 with basis and prejudice to the Petitioners while given Aid and Abet by covering up criminal acts of the defendants and giving the defendants relief to escape prosecution from such crimes.

11. Each Federal District Courts did with malice intend to threaten or tried to intimidate the Petitioners from the private judges chamber with minute orders.

12. Each of these Federal District Courts and all of the defendants et al (John and Jane Does) know the laws , codes ,statutes, regulations, rule procedure, code of conduct of the cannon rules, the judges bench book, supreme court case and public laws dealing with the citizens of the united States of America all knew what has been done to the Petitioners was outside of their jurisdiction to prosecute.

(a.) "There, every man is independent of all laws, except those prescribed by nature. He is not bound by an institution formed by his fellowmen without his consent."
Cruden v. Neale, 2 n.c. 338 (1796) 2 S.E. 70
(b.) THE PEOPLE v. HERKIMER, Gentleman, one, & c-4 Cowen 345, 1825 N.Y. LEXIS 80.
"The people have succeeded to the rights of the King, the former sovereign of this State. They are not, therefore, bound by general words in a statute restrictive of prerogative, without being expressly named. E.g., the Insolvent Law."
(c.) Padelford, Fay & Co. vs. The Mayor and Alderman of the City of Savannah, 14 Ga. 438 (1854).
"But indeed, no private person has a right to complain, by suit in Court, on the ground of a breach of the Constitution. The Constitution, it is true, is a compact (contract), but he is not a party to it. The States are a party to it..." (emphasis added).
(d.) The Supreme Court in the case of **Wills vs. Michigan State Police**, 105 L. Ed. 2d 45 (1989)

made it perfectly clear that the Sovereign, canned be named in any statute as merely a "person," or "any person," the undersigned is a member of said "sovereignty itself remains with the People, by whom and for whom, all government exists and acts."

(e.) <u>Dred Scott v. Sandford</u> 60 U.S. (19 How.) 393, 595 (1857)

(f.) US PUBLIC LAW 97-280 (96 Stat. 1211)

(g.) As an American National, I do not reside inside the United States as referenced in 26 USC 7701 (A)(39) nor in the District of Columbia.

13. Each of these Federal District Courts did in fact usurped the federal court system for illicit purpose including fraud ,extortion, conspired to violate and in fact 18 USC 3, 4, 241, 242, 371, 1001, 1503, 1961-68, 2382, Civil Rights Act of 1964 VII, Qui Tam under false claim act, DUE PROCESS ,blocked the lawful mandate clerks entry of judgment and clerk's entry of default, and violated the Acts of Congress "SEE **SUING JUDGES** A study of Judicial Immunity. Abimbola Olowofoyeku, Clarendon Press Ovford . At page 77." Absolute immunity from criminal liability involves immunity even in case of alleged malice and negligence. *Fraud, corruption, and other inherently criminal acts...rare not covered.* **SUING JUDGES, id supra at page 78.** See also UNITED STATES vs HASTING,681 F. 2d 706 at 711, n.17 (11th Cir 1982) , O'Shea vs Littleton, 38 L.ed .2d. 674 at 688 (1974), and Cooke vs Banges, 31 F. 640 (US Cir CT. Minnesota, 1887) at page 642.

## CAUSE OF ACTION

1. Each of these Federal District Courts did committed violations under 18 USC criminal code by violating the following sections 3, 4,241,242,371,1001,1341,1621,1961-68, Depriving a united States of America Citizen/s of Due Process, Remedy, Relief, Equal Protection under the Law,

2. Each of the Federal District Courts uttered false document and obstructed justices,

3. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS, "willfully provided perjuries,

false and misleading testimony or rulings before the court."

    4. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS, "willfully provided perjuries,

false and misleading testimony" in sworn, written orders, opinions, or affidavits in Rod Class, ex

rel and Eddie L. Andrews, ex rel.

    5.WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS, obstructed and impeded the

administration of justice, and has to that end  engaged personally, and through their subordinates

and agents, in a course of conduct or scheme designed to delay, impede,  cover up and conceal

the existence of evidence and testimony related to Rod Class, ex rel and Eddie L. Andrews, ex

rel.

    6. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, engaged in conduct that resulted in misuse and abuse of his/her

high office. He/she willfully made perjuries, false and misleading statements in his/hers written

responses to all of the questions posed upon the court by Rod Class, ex rfel and Eddie L.

Andrews, ex rel.

7. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, through their judicial powers they have consistently covered up

each judicial member below them, of these wrongful acts, they have used their judicial positions

to be biased against non bar associate members, consistently applying 12(b)(6) and 11th

Amendment immunity usurping the requirements for "Due Process".

8. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS are engaging, obstructing,

advising or assisting others to violate unsupported, unlawful orders.

9. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS, have abused processes violating

the original intent of the law, their rules, their procedures, their regulations, their ethics, their

Codes of Conduct, judicial bench books, and guidelines.

10. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS, are consistently rewriting the

original intent of the United States Constitution.

11. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS, are ignoring the original intent (abuse of process) of the United States Constitution.

12. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, by consistently failing to perform their judicial duties, the separation of powers, and the expressions of the We the People, describes a misleading metaphore (12(b)(6) and 11th Amendment immunity violations) between WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT.

13. The overt acts of WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, TRACII JOANN ANDREWS,  against the peace and good order and  limits the power of the government to prohibit or interfere with Rod Class ex rel and Eddie L. Andrews ex rel's "Due Process".

14. In an attempt to bolster their decisions and orders WILLIAM F. DOWNES ,
TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER,
DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K.
SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT,
regularly omitted cases prior to 1947 (historical omission) from their discussions but also
disregarded quotes from prominent Founders other than Jefferson or Madison as their effective
strategy to deny Rod Class, ex rel, and Eddie L. Andrews, ex rel's "Due Process" to imply either
that no other Founders were qualified to address "Due Process" issues, or that there exists no
recorded statements from other Founders pertinent to the "due Process" question implying that
no other Founders qualify as legitimate spokesmen.

15. The failure of WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS
AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L.
CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM,
JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, to provide in their orders, their tax
returns, their standing in court, their status with the Bar, their presiding judge's order of authority
for them to make their orders and decisions, their bonds, and the Findings of Fact and
Conclusions of Law in their orders and decisions, their plenipotentiary papers, all by pass the
common law by their failure to conform to the common law with their aiding and abetting in
their chambers, violating "jurisdiction" (the law as spoken) and violating the "Plea of God"
(innocent before God and Country) thereby violating the original intent of "Due Process".

15. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM
MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, in step with many quasi-advocacy groups, like the courts, ignore

the great Founders of the Constitution and the Bill of Rights as pertaining to "Due Process" as

earlier generations that properly recognized the significant influence of all of the great Founders

in the Constitution and the Bill of Rights as pertaining to "Due Process".

16. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, have strayed from the ominant goal of the Founding Fathers to

achieve a society founded upon **unchanging, transcendent laws,** as quoted by Baron Charles

Secondat de Montesquieu , their most frequently invoked political source during the Founding

Era (*Spirit of Laws (1748)* "[S]society, notwithstanding all its revolutions, must repose on

principles **that do not change**. (Emphasis added) The original intent of "Due Process" is one

such ominent principle.

**17.** WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM

MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN

C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN,

GRETCHEN C.F. SHAPPERT, have strayed, constrained, and destroyed the Separation of

Powers as defined by Montesquieu ….."When the legislative and executive powers are united in

the same person… there can be no liberty, because apprehension may arise lest the same

monarch or senate should enact tyrannical laws to execute them in a tyrannical manner. Again,

there is no liberty if the power of judging be not separated from the legislative and executive

powers. Were it not joined with the legislative, the life and liberty of the subject would be exposed to arbitrary control, for the judge would then be the legislator." as demonstrated in Rod Class, ex rel and Eddie L. Andrews, ex rel.

18. WILLIAM F. DOWNES , TERENCE KERN , JOHN R. ADAMS AND GRAHAM MULLEN , LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, LINDA K. SOPER, DEBORAH J. GROOM, JOHN L. CHASTAIN, GRETCHEN C.F. SHAPPERT, in their contemporary courts have frequently repudiated themselves thereby repudiating the rulings of their predecessors on issues like "Due Process" as demonstrated in Rod Class, ex rel and Eddie L, Andrews, ex rel, and as recently demonstrated in "[T]he fundamental theory of liberty which all governments in this Union repose, excludes any general power of the state to standardize its children... The child is not the mere creature of the state PIERCE V. SOCIETY OF SISTERS,(1925); REED V. VAN HOVEN, (1965). On the other hand, children are wards of the state: :STATE BOARD OF EDUCATION V. BOARD OF EDUCATION OF NETGONG (1979)

## **FACTS RELATED TO THE DUE PROCESS VALIDATION**

The Congress of the United States has by authority of the Constitution of the United States Section 1. All legislative Powers herein granted shall be vested in a Congress of the United All States, which shall consist of a Senate and a House of Representatives. The State Justice Institute may have been established by Federal Law in 1984, the institute has violated the letter of the law and allowed funding to be used that interfered with the democratic process of Free Government. That individuals and organizations funded by the State Justice Institute have used positions of Trust within the designated areas defined in commerce by Congress and have altered the

instruments or legislated policy that violates the intent of programs in commerce instituted to the states and Political subdivisions by Congress.

The acts funded by the State Justice Institute have redefined the Subject Matter Jurisdiction of administrative court ordained by Congress, enforced Compelled Performance upon private individuals and by and through the effect to consolidate the courts of the several states has redefined and altered the definition of Plaintiff. These acts do not go without notice and there is no record of this District Court having been spared the influences of and the mandate to share the success of one State's innovations with every State court system as well as the Federal courts. The only means to properly address the AMENDED OPINION AND ORDER is to consider the influence of the State Justice Institute as policy and Profiling in Nature and Cause and Demand that this act be considered as VOID under the Constitution and Laws of the United States. "[T]he provision [due process clause] is designed to exclude oppression and arbitrary power from every branch of government." Dupuy v. Tedora, 15 So.2d 886, 890, 204 La. 560 (1943).


***First Lawsuit Filed, With More Likely to Follow*** — On February 13, 2006, the first lawsuit challenging the validity of the Republican reconciliation spending cuts bill was filed. Jim Zeigler, an elder law attorney, filed a lawsuit in the U.S. District Court for the Southern District of Alabama alleging that the legislation was not constitutionally enacted because differing versions passed the House and Senate. Additional lawsuits are likely to follow.

***House Refuses to Look Into the Matter*** — On February 16, 2006, the House voted to block a request from House Minority Leader Nancy Pelosi for an ethics investigation into how the House and Senate ended up approving different versions of the legislation.

***Who Has Standing to Bring a Lawsuit?*** — In order to have legal standing to bring a lawsuit, a person must be sufficiently affected by the case at hand. One question is whether an individual needs to have standing under the durable medical equipment provision that caused the problem in order to file a lawsuit, or if anyone affected by any provision of the legislation can file a lawsuit.

**What Do Constitutional Scholars Say?**

< "S. 1932 [the Republican reconciliation spending cuts bill] was not passed by the House of Representatives. Thus, it is not a law." – *Michael C. Dorf, Michael I. Sovern Professor of Law, Columbia University Law School.*

< "The 'Deficit Reduction Omnibus Reconciliation Act of 2005' may be something but it is not law within the meaning of the Constitution... There is no 'mistake' exception to the bicameralism requirement." – *Jamin Raskin, Professor of Constitutional Law and Director, Program on Law and Government, American University Washington College of Law*

< "This violates one of the most fundamental guarantees in the Constitution, namely that both houses of Congress have to agree on all elements of a bill before it becomes law...This bill is not a law because it doesn't meet the requirements of bicameralism." – *David Vladeck, Professor, Georgetown University School of Law.*

***What Happens in the Meantime?*** — The Administration is presumably moving forward with implementation of the legislation. If the law is struck down as invalid, one question is whether the entire law is invalid, or only the durable medical equipment provision in question. If the entire law is stricken, another question is what happens to all the policies that will have already been implemented by that time.

## CITIZEN'S DEMAND FOR TRAIL BY JURY

COMES NOW " Eddie L. Andrews, ex rel, Rodney Class, ex rel, And Charles D. Spencer"
American Citizen, Plaintiff's in Error, non-licensed attorney litigant, the undersigned, and,
without accepting the jurisdiction of this court, moves the court as follows:

1.      Pursuant to the Rights  secured for them in the Constitution of the United States
of America, Article III, Section 2, Paragraph 3, and in the 6th Amendment to said Constitution,
and in Article 2, Section 19, 24, 25 of the Oklahoma State Constitution.

2.      Eddie L. Andrews, ex rel, Rodney Class, ex rel, and Charles D. Spencer,   "demand that
the presiding judge, pursuant to his Oath, honor and abide by said oath, uphold ND SUPPORT
THE REFERENCED National and State Constitutions, and " Eddie L. Andrews, ex rel, Rodney
Class, ex rel, And Charles D. Spencer 's" rights secured therein, and provide due process of the
law, in a judicial forum, as required, by law, to honor and uphold the Constitution and " Eddie L.
Andrews, ex rel, Rodney Class, ex rel, And Charles D. Spencer's " unalienable Rights.

## CONCLUSION

The Plaintiff's have stated a claim of Trespass and Injury in Common Law in an action against
Fiduciary Trustees, a labor/management dispute as Taxpayers and concerned Citizens. The
individuals within these offices of trust chose to perform a service and agreed to the qualification
of the offices. The individuals named are aware that there are no property Rights to these offices
and that the position filled after qualification is granted 14th Amendment Due Process of
'immunity and privilege' upon proper performance as individuals within the respective offices.
Any and all Rights to a public office are reserved to the elector, and we have the Right to Amend
and Abolish Government, establish local Rules and Customs and the Right to hire and fire any
individual from any public office after a proper review. Within the 116 pages presented, any

single act with affidavit and witness is sufficient cause for review in the publics interest. ALL

violations of the Laws and the Constitutional of the United States are cause for review of the

public interest. Without the extensive federal assistance allotted to each state and recognized

'Political subdivision' this action would not exist. Without the extensive involvement by the

State Justice Institute within each state and the formulation of policies within the individual

states courts, this action would not exist. The individuals named lack the Rights and civil

liberties reserved to a private Citizen, FRCP Rule 12 does not apply to a violation of office by a

Fiduciary Trustee under a civil contract, the NOTICE OF FELONY files in this court clearly

outlines the limitations of Remedy. This court lacks Subject Matter Jurisdiction over the

defendants named within public offices to redefine the status of either elected or appointed

offices and to give a Remedy reserved to private Citizens. This court has substantiated the

original claim made by the Plaintiff's for a 'Due Process' violation. The court has given a Right

reserved to Citizens, a Remedy reserved to private Citizens to individuals granted only immunity

and privilege within a public office. This court has legislated and awarded both parties equal

standing and failed to make the distinction between labor and Management. This act effectively

reverses the intent of Congress to determine interstate commerce within the several states and

allows labor to control, amend and abolish all federal assistance, Grants and loans allotted to the

states and 'Political subdivisions'. The State Justice Institute has funded and assisted in this

coordinated policy as members of the bar and has subverted every court allotted standing within

a 'Political subdivision' in the 'states compact'. The venue and jurisdiction of the courts are

ordained and established by Congress, any act that violates that process or alters the contract in

labor /management is a Right reserved to the Taxpayers with the False Claims Act.

By definition

Void judgment is one where court lacked personal or subject matter jurisdiction or entry of order violated due process, U.S.C.A. Const. Amend. 5-Triad Energy Corp. v. McNell, 110 F.R.D. 382 (S.D.N.Y. 1986).

The AMENDED OPINION AND ORDER fails to address within Choice of Law a Remedy for Breach of Conditions to the Plaintiff's as Taxpayers and concerned Citizens and takes at face value that the defendants, elected and appointed, are entitled to a Remedy. The NOTICE OF FELONY as filed with witness and notary is a Right reserved to private Citizens and Taxpayers to whom the Congress has allotted federal assistance, Grants and or acts ordained as commerce to a 'state' and a 'Political subdivision'. The NOTICE OF FELONY is supported by documentation regarding the qualification of Offices and Public Officials Bonds held by Westfield Insurance and CNA Surety, named defendants in this action. Any and all individuals who qualify for a Public Officials Bond as a requirement of Public Office has given up all Rights and civil liberties and retains 14th Amendment 'immunities and privilege' as a Fiduciary Trustee, not as a private party. The bonds given must meet the requirements of Office and give Remedy to the injured party upon affidavit of fact and injury. Both defendants named, Westfield Insurance and CNA Surety have failed to respond to liens and activate open claims against Public Officials Bonds, a Breach of Condition and intent of the bonds to provide a Remedy for abuses of office. This breach of conditions is documented by the County Treasurer of Tuscarawas county, Ohio who actually believes that judges in Ohio do not need a bond for office and another response from the Westfield Insurance office that a lien for violations of public office against the county clerk of court of Tuscarawas County, Ohio can only be collected by the county commissioners. The offices challenged reside within a 'Political subdivision' of the state and the individuals receive a salary for service from the county or municipality, not the state or United States

Treasury. The Law clearly states that these offices are vacant and the individuals have failed to qualify themselves for office prior to the taking of office, this is not a technical omission, it is a matter of public interest and contract of office. Both of these defendants named as bonding agents have failed to provide a public service that is consistent with the requirements in Law, they have failed to respond to a Lawful Remedy for claim of injury and these defendants have elevated the standing of the individuals in question to one of having Rights not granted by the positions by the offices within the 'Political subdivisions'. The NOTICE OF FELONY is consistent with the facts, consistent with the Rights of the taxpayer to Remedy and consistent with the facts in Law and precedence already established and reserved to Taxpayers.

The AMENDED OPINION AND ORDER violates the democratic processes reserved to the Taxpayers and concerned Citizens. Fails to give Remedy and Restitution to a class of individuals, Taxpayers who have Rights ordained by Congress and recognized within each state and enacted by signature by the states Governor. The Grants and donations allotted by the State Justice Institute and the mandate to share the success of one State's innovations with every State court system as well as the Federal courts lack the force or effect of Law and is only a policy of benefit to single class of individuals, members of the bar. The process fails to comply with the processes of Government Grants within Title 42 as public welfare and the acts by the individuals funded clearly violate the directives of non interference within Title 42 Chapter 113 for restriction and limitations of Grants and contracts and activity by the institute.

The United States Supreme Court (359 U.S. 275 at 285)

Interstate Compacts

Article I, section 10 of the United States Constitution grants states the authority to enter into an "agreement or compact with another state" with the consent of Congress. The constitution

contains no restrictions on the subject matter of a compact and is silent about the process by which states may enter into compacts, with the exception of the required consent of Congress. The United States Supreme Court (359 U.S. 275 at 285) opined in 1959 that an interstate compact is a "contract" protected by the Constitution's contract clause forbidding a state legislature to enact a "law impairing the obligation of contracts."

FRAUD UPON THE COURT

The Plaintiff's have cause to Demand a extraordinary FRAUD UPON THE COURT for the release of information and facts relevant to this action.

United State Code

TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE

Sec. 1361. Action to compel an officer of the United States to perform his duty

The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

That the acts by the Westfield Insurance and CNA Surety are in violation of the intent and purpose of a 'Public Officials Bond' to give Remedy and Relief for breach of contract by individuals qualified to public office. The Plaintiff's/Taxpayers Demand to be notified by or made aware of the agent and holder of the Errors and Omissions policy held by Westfield Insurance and CNA Surety. The requirements and qualification of a Public Officials Bond is not a Legislative Act defined by the office holder, the act is a matter of Law for the qualification of office reserved to the Taxpayer, a collection of a debt as a matter of office.

That the State Justice Institute shall validate a video as a act supported by a Grant to the Conference of Chief Justices for the sole purpose of 'Profiling' private Citizens and establishing

a policy for the prevention of public liens against officers of the court in all state and local courts.

That upon the validation of the individuals attending the conference of Chief Justices and the

Conference of State Court Administrators who are holders of public office elected or appointed

while serving a 'political function' BERNAL v. FAINTER, 467 U.S. 216 (1984) that is contrary

to the process of democratic self Government shall be considered to have violated the offices and

shall be served with NOTICE OF FELONY.

That consistent with the policies set by the Conferences of Chief Justices and the Conference of

State Court Administrators, clerks of court have refused to docket Preacipes demanding the

affirmation and confirmation of public records, the Public Officials Bonds for individuals elected

or appointed as court judges in Ohio. A FRAUD UPON THE COURT from THE UNITED

STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA shall

compel the following individuals to validate offices held by disclosing the required Public

Officials Bond demanded within the Praecipe.

Edward J. Elum - Administrative Judge

Office: Municipal Government Center

Second Floor, Court Rm. 1

Mail: Two James Duncan Plaza S.E.

Massillon, Ohio 44646-669

Richard T. Kettler - Presiding Judge

Office: Municipal Government Center

Second Floor, Court Rm. 2

Mail: Two James Duncan Plaza S.E.

Massillon, Ohio 44646-6690

Edward Emmett O'Farrell

The General Division Courtrooms

second floor of the County Courthouse,

101 East High Avenue,

New Philadelphia, Ohio 44663

Elizabeth Lehigh Thomakos

The General Division Courtrooms

second floor of the County Courthouse,

101 East High Avenue,

New Philadelphia, Ohio 44663

Amanda Spies Bornhorst

Tuscarawas County Prosecutor

125 East High Avenue, Suite 220-222

New Philadelphia, Ohio 44663

Rockne W. Clarke

Clerk of Courts

125 East High Avenue, Suite 230

New Philadelphia, Ohio 44663

Linda Kate

125 E. High Ave, Room 230

P.O. Box 628

New Philadelphia, OH 44663-0628

Mary Wade Space

Memorial Municipal Building

166 East High Avenue,

New Philadelphia, OH 44663

The clerk of courts refused to docket Praecipe issued for discovery and affirmation of Public

Officials Bonds. This information is a matter of public interest and public record, a Taxpayers

Right. The failure to qualify for these offices is consistent with the rescinding of the 14th

Amendment January 15, 1868 in Ohio and a substantive due process violation under color of

Law, and an act as a 'political function' impeding the democratic process ordained by Congress.

Restore the Government Back to The PEOPLE and For The PEOPLE. Give The REMEDY

People Remedy For there Grievance.


Rights Reserved, none waived.


_Eddie Andrew_

Eddie Andrew , ex rel
18349 Dentonville Rd
Okmulgee, OK [74447]
(918) 398-8369

_Rodney D. Class_

Rodney D. Class ex rel
432 N. Lincoln St.
High Shoals. N. C. [28077]
(704) 742-3123


_Charles D Spencer_

Charles D Spencer, Sui Juris
18349 Dentonville Rd
Okmulgee, Oklahoma [74447]
(918) 756-2244

## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**EDDIE L. ANDREWS, et al.**

Plaintiff(s),

vs.                                            **Civil Action No.  06-1900(RMC)**

**WILLIAM F. DOWNES, et al**

Defendant(s).

## <u>NOTICE REGARDING BULKY EXHIBITS</u>

Pursuant to the procedures for filing bulky pleadings, bulky exhibits have been filed in paper in

this case.  The exhibits are available at the Clerk's Office for public viewing  and copying

between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
RMC

---

**I.(a) PLAINTIFFS** Eddie Andrews and Charles Spencer
Rod Clyes 432 N 18349 Dentonville Rd 18349
432 N Lincoln ST OKmulgee OK    Dentonville NC
High Shoals NC 28077    74447    74447

**DEFENDANTS** TERENCE Kern

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Rod Clyes    Eddie Andrew    Charles Spenc
704 742 3123    718 398 8369    718 756 22
SMB    SMB

CASE NUMBER: 1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

---

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☒ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☑ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

18 USC 1961 Fraud Upon the People 42 USC 1981 Failure to Uphold Equal Protection

18 USC 242 Under Color of Law

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☑ ACTION UNDER F.R.C.P. 23   **DEMAND $** ____ Check YES only if demanded in complaint **JURY DEMAND:** ☑ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☑ YES ☐ NO   If yes, please complete related case form.

DATE 11-07-06   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

