AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eddie Andrews et al et al

**SUMMONS IN A CIVIL CASE**

V.

Tracii Joann Andrews
William F Downes et al.

CASE NUMBER  1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

RECEIVED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Tracii Joann Andrews
RT 1 Box 89A
Cheyenne OK
73628

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ROSE~~ (name and address)

Eddie Andrews
18349 Dentonville Rd
Okmulgee OK
74447

Rod Class
432 N Lincoln ST
High Shoals NC
28077

Charles Spencer
18349 Dentonville Rd
Okmulgee OK
74447

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 07 2006
CLERK                                DATE

_Janetta Stewart-Cureh_
(By) DEPUTY CLERK

O AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 14, November 2006 |
| NAME OF SERVER *(PRINT)* Donald D. Lawson | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Jerry Andrews (Husband) at 408 S. Ceaslock Ave, Cheynhe, OK. 73625, in Roger Mills County

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  14, November 2006      Donald D. Lawson   06UP150920
                  Date                Signature of Server

3801 Rosawood Dr. Midwest City, OK 73110
Address of Server

**RECEIVED**
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eddie Andrews et al

V.

Linda K Soper
William F Downes et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01900

JUDGE: Rosemary M. Collyer

District of Columbia Pro se General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

Linda K. Soper
313 N.E. 21st ST.
Oklahoma City, OK
73105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ ProSe (name and address)

Eddie Andrews          Rod Class              Charles Spencer
18349 Dentonville Rd   432 N Lincoln ST       18349 Denton ville Rd
Okmulgee OK.           High Shoals NC         Okmulgee OK
74447                  28077                  74447

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 07 2006
CLERK                               DATE

_Janette Stewart-Cureh_
(By) DEPUTY CLERK

O AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

DATE: 14, November, 2006

NAME OF SERVER (PRINT): Donald D. Lawson
TITLE: Private Investigator

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the third-party defendant. Place where served: Linda K. Soper, 313 N.E. 21st Street, Oklahoma City, OK 73105, In Oklahoma County

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 14, November, 2006    *Donald D. Lawson* 06UPI50920
              Date                  Signature of Server

3921 Rosewood Dr. Midwest City, OK
Address of Server

# RECEIVED

DEC 12 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.