AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eddie Andrews et al etal

V.

William F Downes etal

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

William F Downes
2141 Joseph C. O'Mahoney Fed Bld.
2120 Capitol Ave
Cheyenne, WY 82001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Eddie Andrews
18349 Dentonville Rd
Okmulgee OK
74447

Rod Class
432 N. Lincoln ST
High Shoals NC
28077

Charles Spencer
18349 Dentonville Rd
Okmulgee OK 74447

Tel-(918) 398-8369

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK /s/ Janette Stewart-Cureton

NOV 0, 2006
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 17, 2006 |
| NAME OF SERVER (PRINT) Tim Merritt | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Maggie Botkins, Chief Deputy, accepted service for William F Downes at 2120 Capitol Ave. Cheyenne, WY and said she will forward it to him in Casper, WY

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 17, 2006      *Tim Merritt*
                 Date              Signature of Server

P.O. Box 20875, Cheyenne, WY 82003
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.