AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Eddie Andrews et al*

V.

~~Graham C Mullen~~
*Willian F Downs et al.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

*Graham C Mullen
230 Charles R Jonas Blvd.
Charlotte NC 28202*

RECEIVED

JAN 3 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ___ (name and address)

*Eddie Andrews
18349 Dentonville Rd
Okmulgee OK
74447*

*Rod Class
432 N Lincoln St
High Shoals NC.
28077*

*Charles Spencer
18349 Dentonville Rd
Okmulgee OK
74447*

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

NOV 0 7 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE November 20, 2006   11:07 am |
|---|---|
| NAME OF SERVER (PRINT)   Ruth Reynolds | TITLE   Investigator/Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   400 West Trade Street Charlotte, NC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 20, 2006        *Ruth Reynolds*
                                        *Signature of Server*   Ruth reynolds   NCPI # 2216

CHarlotte, North Carolina
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# REYNOLDS PROFESSIONAL SERVICE, INC.
## 4801 East Independence Blvd, Suite 700
## Charlotte, North Carolina 28212-5408
## North Carolinas First Process Serving Company

**Phone: 704 - 338 - 1775**
**Fax: 704 - 338 - 1686**
**Federal Tax Id# 56-1957528**

**Bill To:**
Class, Rod
PO Box 435
High Shoals, NC 28077

**Invoice #:**    **20062086**

| Ref | TERMS | Net 15 Days | 11/20/06 | Page #: | 1 |
|---|---|---|---|---|---|
| 1 | Process Service Rendered on Graham C. Mullen, 400 West Trade Street, Charlotte, NC Served personally on 11/20/06 at 11:07a.m. | | $75.00 | | $75.00 |
| | Priority Service | | $75.00 | | $75.00 |
| | Prepaid postal money order | | | | |
| | Our reference #C 11955 | | | | |

**NOTICE:**

**A LATE FEE WILL BE CHARGED AFTER NET 15**

| | |
|---|---|
| Subtotal | $150.00 |
| Prepaid | $150.00 |
| **BALANCE** | **$0.00** |

## Happy Thanksgiving!