AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eddie Andrew et al et al

V.

John R. Adams
A William F Downes et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

John R. Adams
c/o U.S. Court House
Two S Main St
Akron OH. 43308

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro Se (name and address)

Eddie Andrews
18349 Dentonville Rd
Okmulgee OK
74447

Rod Class
432 N Lincoln St
High Shoals NC
28077

Charles Spencer
18349 Dentonville Rd
Okmulgee OK.
74447

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 07 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | NOVEMBER 20 2006 |
| NAME OF SERVER (PRINT) William Jeremy Dieringer | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Christin Kestner - Courtroom Deputy

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/20/2006     William Jeremy Dieringer
            Date              Signature of Server

2549 12th Street Cuyahoga Falls
Address of Server
           Ohio 44223-2126

Eddie Andrews, et al
     v.                    Case No. 1:06CV01900
John R. Adams

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

| | |
|---|---|
| Eddie Andrew, et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV01900 |
| V. ) | |
| ) | **RECEIVED** |
| John R. Adams ) | |
| ) | JAN 3 - 2007 |
| Defendant. ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### AFFIDAVIT OF SERVICE

I, William Jeremy Dieringer, being first duly sworn, say: That I am over the age of eighteen years and am not a party to the above entitled action and that my address is 2549 12th street Cuyahoga Falls Ohio, 44223-2126. That on 20th the day of November 2006 I served by substitute the attached Summons along with a copy of a complaint on the person or persons named above by delivering to and leaving with the Christin Kestner – Admin. Assistant at the time and place of 1:37 pm @ US Court House, 2 South Main Street Akron Ohio 43308.

Affiant's signature:

William J Dieringer

Subscribed and sworn before me

Notary Public/Clerk

This 24 day of nov. 2006

JODELL GULJAS, Notary Public
Residence - Summit County
State Wide Jurisdiction, Ohio
My Commission Expires March 27, 2007

# Bludot Legal Services

2549 12th street Cuyahoga Falls Ohio 44223-2126
Phone(330) 328-3675 Fax(509) 752-0670
Email serve@bludotcompany.com

Mr. Class,

Enclosed you will find a copy of the summons, a receipt for payment, a return of service, and a notarized affidavit of service, along with some information about our company. Please keep us in mind for any future needs you may have.

We appreciate your business.

Thank you very much,

William Jeremy Dieringer
Bludot Legal Services

Bludot Legal Services, LLC
2549 12th street Cuyahoga Falls Ohio 44223-2126
(330) 328-3675

# Bludot Legal Services

**Bringing Honesty and Integrity Back Into Business**

2549 12th street
Cuyahoga Falls
Ohio, 44223-2126
Phone (330) 328-3675
Fax (509) 752-0670

**Date:**
11/20/2006

**Invoice #**
1005

**Case#**
1:06CV01900
**US DISTRICT COURT**
District of Columbia

**Bill To:**
Rod Class

PO Box 435
High Shoals
North Carolina, 28077

| Qty | Case # | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | 1:06CV01900 | Service of Federal Summons | $40.00 | $40.00 |

*[handwritten: PD cash By Kenneth Dallas 11/17/06 wJD]*

| | |
|---|---|
| Subtotal | $40.00 |
| Shipping | |
| Subtotal | $40.00 |
| Sales tax rate | 0.00% |
| Sales tax on purchase | |
| **Total** | **$40.00** |

*Thank you!*

Make all checks payable to Bludot Legal Services
If you have any questions concerning this invoice, please contact:
Jeremy   330-328-3675       jdieringer@bludotcompany.com

**Thank you for your business!**