AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eddie Andrews et fcl e791

**SUMMONS IN A CIVIL CASE**

V.

Gretchen C.F. Shappert
William F. Downes et al

CASE NUMBER: 1:06CV01900

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

Gretchen C.F. Shappert
Rm 223 US Court House
100 Otis St
Asheville, NC 28801

US Atty of
Suite 1650 Carillon Building
227 W. Trade St.
Charlotte, NC 28202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S _____ (name and address)

Eddie Andrews
18349 Dentonville Rd
Okmulgee OK
74447

Red Class
432 N Lincoln St
High Shoals NC
28077

Charles Spencer
18349 Dentonville
Okmulgee, OK
74447

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

*Janetta Stewart-Curet*
(By) DEPUTY CLERK

NOV 07 2006
DATE

AFFIDAVIT OF PROCESS- INDIVIDUAL
United States District Court District of Columbia

**Eddie Andrews**

                            **Plaintiff**

    Vs.                                      Case No.1:06CV01900   KMG

**William F. Downs**

                            **Defendant**

**State of North Carolina**    )
**County of Mecklenburg**    )

      Ruth Reynolds, undersigned, being duly sworn, deposes and says that at the time of service, she was over the age of twenty-one, was not a party to the action.

On the 13th day of December 2006, at 9:45 am

At: 227 West Trade Street Charlotte North Carolina 28202

The undersigned served the documents described as: Summons and Complaint

A true and correct copy of the aforesaid document(s) was served on:
Gretchen C.F. Shappert   US Attorney

_____ By Personally delivering them into the hands of the person to be served

xxx___ By delivering them into the hands of <u>Renee Miller</u>
A person of suitable age and discretion at the place of service, whose relationship to the person to be served is <u>Special Assistant and Authorized to accept service on her behalf</u>

The person receiving documents is described as follows:
Sex: F   Race: W   Approx. Age:   50-60   Approx. Height: 5'5
Approx. Weight: 155   Hair Color: blonde     Glasses: Yes

      To the best of my knowledge and belief said person was not engaged in the U.S. Military at the time of service.

Undersigned declares under penalty of perjury
That the foregoing is true and correct.

*[Signature]* 12/13/06
Signature of Server          Date

Subscribed and sworn to
Before me this 13th
day of Dec. 2006

*[Signature]*
Notary Public
Comm. Expires:

*[Notary seal: Wendy H. Overton, Union County, N.C., My Comm. Exp. 11-21-2011]*

RECEIVED
JAN 3 -- 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**REYNOLDS PROFESSIONAL SERVICE, INC.**
4801 East Independence Blvd, Suite 700
Charlotte, North Carolina 28212-5408
North Carolinas First Process Serving Company

Phone: 704 - 338 - 1775
Fax: 704 - 338 - 1686
Federal Tax Id# 56-1957528

Bill To:
Class, Rod
PO Box 435
High Shoals, NC 28077

Invoice #: 20062149

| Ref | TERMS | Net 15 Days | 12/13/06 | Page #: | 1 |
|---|---|---|---|---|---|
| 1 | Process Service Rendered On Gretchen C.F. Shappert 227 West Trade Street Charlotte, NC Served on December 13, 2006 at 9:45 am on Renee Miller, Special Assistant and Authorized to accept on Ms. Shappert's behalf<br>Our reference #C 12033<br>Postal Money Order # 93240011114 | | | $150.00 | $150.00 |

NOTICE:

**A LATE FEE WILL BE CHARGED AFTER NET 15**

Subtotal  $150.00
Prepaid   $150.00
BALANCE   $0.00

**Happy Holidays!**