*ORiginal*

RECEIVED

MAR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UINTED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

Eddie Andrews; ex rel

**CASE # 06CV1900 RMC**

**JUDGE COLLYER**

RECEIVED

MAR 05 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vs

WILLIAM F. DOWNES; an individaul

**NOTICE OF APPEAL TO THE**
**DISTRICT OF COLUMBIA**
**APPEALS COURTS**

---

We the People of the united States of America are filing this **NOTICE OF APPEAL TO THE DISTRICT OF COLUMBIA APPEALS COURTS .** To have this case review for its Constitutional and Statutory Rights violation of Due Process. The Plaintiffs have been deny their guarantee Constitutional as well as their Statutory Rights of Due Process under the 5th and 14th amendment of the united States Constitution and under the Rule of Law. The District Court of Columbia and this Appeals Court are required to be Article III Courts. As Article III Courts the Citizens can not be deny their Due Process.

The rights of the Plaintiffs are to be up held. Congressional Mandate through the Jefferson's Manual clearly show that only a Citizen can bring forth a complaint against those who hold a Public Office. The Defendants have fail to follow Criminal Rules of Evident Rule 11. Judge Collyer is a ware of this Rule and failed to enforce do give the Plaintiffs Due Process.

Respectfully Submitted

*Eddie L Andrews* _____ [LS]
Eddie L. Andrews ,ex rel

*[signature]* _____ [LS]
Rodney D. Class, ex rel

*Dwight L Class* [LS]
Dwight L. Class, Private Party

*Charles Spencer.* [LS]
Charles D. Spencer, Sui Juris

*Kenny Dallas* [LS]
Kenny Dallas , Private Party

## CERTIFICATE OF SERVICE

We the People Plaintiffs, do hereby certify, that we have just cause to delivered to the Clerk of the Courts of the **UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA** ature correct, certain and not misleading document **NOTICE OF APPEAL TO THE  DISTRICT OF COLUMBIA APPEALS COURTS** to be serviced upon this court with a and to be serviced upon all parties. By postage mail, to on this ___26 th___ day of ___Feb_____ 2007

*[signature]* _____ [LS]
Rodney D. Class
432 N. Lincoln St.
High Shoals, NC 28077

DEFENANTS
WILLIAM F. DOWNES, individuals
2141 Joseph C. O'Mahoney Fed. Bldg
2120 Capitol Ave Cheyenne, Wy 82001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Eddie L. Andrews, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1900 (RMC) |
| | ) | |
| William F. Downes, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On November 7, 2006, Plaintiffs Eddie Andrews, Rodney Class, and Charles Spencer proceeding *pro se*, filed a complaint against: William Downes, Terence Kern, John Adams, Graham Mullen, Linda Soper, Deborah Groom, John Chastain, and Gretchen Shappert, in their individual and official capacities.[1] The Complaint also names as defendants Tracii Andrews, Cindy Smith, and John and Jane Doe, in their individual capacities. Because the Complaint was so confused as to be completely unintelligible, the Court found that it was insufficiently clear to put Defendants on notice of the claims against them, even under the liberal "notice pleading" standards of the Federal Rules. Order [Dkt. #2], Nov. 13, 2006. Thus, pursuant to Federal Rules of Civil Procedure 8 and 41, the Court dismissed the Complaint and ordered Plaintiffs to file an amended complaint that corrects the

---

[1] Although the Complaint does not so indicate, those sued in their official capacities appear to include federal district judges, assistant United States attorneys, and other government officials.

deficiencies noted. *Id*. Plaintiffs filed a First Amended Complaint on December 13, 2006.[2] As

explained below, the First Amended Complaint also fails to meet the requirements of Rule 8.

Federal Rule of Civil Procedure 8 requires that every complaint include "a short and

plain statement of the claim showing that the pleader is entitled to relief" and that "each averment

of a pleading be simple, concise, and direct." Fed. R. Civ. P. 8(a), (e)(1). Federal Rule of Civil

Procedure 41(b) permits the Court to dismiss either a claim or an action because of the plaintiff's

failure to comply with the Federal Rules "or any order of [the] court." Fed. R. Civ. P. 41(b);

*Ciralsky v. CIA*, 355 F.3d 661, 669 (D.C. Cir. 2004). Dismissal under Rule 8 " 'is usually reserved

for those cases in which the complaint is so confused, ambiguous, vague, or otherwise unintelligible

that its true substance, if any, is well disguised.' " *Ciralsky*, 355 F.3d at 670 n.9 (quoting *Simmons*

*v. Abruzzo*, 49 F.3d 83, 86 (2d Cir. 1995)). *Pro se* litigants are held to less stringent standards than

formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se*

litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F.

Supp. 237, 239 (D.D.C. 1987).

Like the original Complaint, the First Amended Complaint utterly fails to set forth

a short and plain statement of the claims, and it is so confused as to be completely unintelligible.

The First Amended Complaint contains 104 pages alleging numerous violations of law, including

among others due process, the Eighth Amendment, defamation, civil RICO under 18 U.S.C. § 1964,

and the Sherman Antitrust Act. However, these are conclusory allegations only. The Amended

---

[2] The First Amended Complaint names additional plaintiffs—Dwight Class and Kenny
Dallas. It also names additional defendants— The State Justice Institute, Jim Petro, CNA Surety,
Westfield Insurance, Greg Abbott, Melanie Leslie, Thomas Moyer, Joseph Harris, and Gail
Smith.

Complaint is devoid of any factual allegations supporting these claims. The Complaint is insufficiently clear to put Defendants on notice of the claims against them, even under the liberal "notice pleading" standards of the Federal Rules, as it fails to articulate a comprehensible legal or factual basis for relief. *See Karim-Panahi v. U.S. Congress*, 105 Fed. Appx. 270, 274 (D.C. Cir. 2004) (unpublished). For these reasons, it is hereby

ORDERED that, pursuant to Federal Rules of Civil Procedure 8 and 41, the First Amended Complaint is **DISMISSED**. Accordingly, this case is closed. This is a final appealable order. Fed. R. App. P. 4(a).

**SO ORDERED**.


Date: December 13, 2006

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge