**RECEIVED**

APR 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**POSTAL MONEY ORDER**   15-800 / 000

UNITED STATES POSTAL SERVICE®

9324001 8876    070407    260770    *455*00

SERIAL NUMBER    YEAR, MONTH, DAY    POST OFFICE    U.S. DOLLARS AND CENTS

$$455.00

PAY TO: Clerk of Court District of Columbia
ADDRESS: 333 Constitution Ave NW Washington DC
C.O.D. NO. OR USED FOR: APPEAL on 06cv1900 RMC

CHECKWRITER IMPRINT AREA
FROM: Rod Class
ADDRESS: 432 N Lincoln St High Shoals NC 28077

SEE REVERSE WARNING    NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800⑆:    9324001 8876⑈

---

Court Name: District of Columbia
Division: 1
Receipt Number: 4616003544
Cashier ID: kebb
Transaction Date: 04/12/2007
Payer Name: Rod Class

NOTICE OF APPEAL/DOCKETING FEE
 For: Rod Class
 Amount:         $455.00

MONEY ORDER
 Check/Money Order Num: 93048018876
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.



# United States Court of Appeals
### For The District Of Columbia Circuit

No. 07-7041

September Term, 2006

06cv01900

Filed On:

Eddie L. Andrews, ex rel, et al.,
    Appellants

v.

William F. Downes, Individual, et al.,
    Appellees



**ORDER**

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by April 20, 2007, appellant either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or **each appellant file a motion in district court for leave to proceed on appeal in forma pauperis**, see Fed. R. App. P. 24(a). See Attachment. In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to each appellant by certified mail, return receipt requested and by first class mail.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
          Elizabeth V. Scott
          Deputy Clerk

Attachment: Motion for Leave to Proceed on Appeal In Forma Pauperis

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_Eddie L Andrews_   USCA No. _07-7041_

v.

_William F Downes_   USDC No. _06-CV 1900 RMC_

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, _Rodney D Class_____, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature _Rod Class_
Name of *Pro Se* Litigant (PRINT) _Rod Class_
Address _432 N Lincoln ST_
_High Shoals, NC   28077_

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

# Affidavit Accompanying Motion for Leave to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

_____

v.

_____

Case No. _____

........................................................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____

Date: _____

........................................................................................

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]